UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IMPAC FUNDING CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM D. ENDRESEN, et al.,<br><br>    Defendants.<br>_____<br>WILLIAM D. ENDRESEN, an individual; RICHARD E. DAVENPORT, JR., an individual;<br><br>    Counterclaimants,<br><br>v.<br><br>IMPAC MORTGAGE HOLDINGS, INC., a corporation; IMPAC FUNDING CORPORATION, a corporation; INTEGRATED REAL ESTATE SERVICE CORP., a corporation; IMPAC COMMERCIAL CAPITAL CORPORATION, a corporation; and IMPAC MORTGAGE CORP., a corporation,<br><br>    Counter-Defendants. | Case No. 8:15-cv-00588-JLS (JCGx)<br><br>**ORDER ON JOINT STIPULATED PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION**<br><br>**DISCOVERY MATTER**<br><br>Disc. Cutoff Date:  August 30, 2016<br>Pretrial Conf. Date:  January 6, 2017<br>Trial Date:  January 24, 2017 |

1 **ORDER**

2     Pursuant to the "Joint Stipulated Protective Order Regarding Production of
3 Confidential Information," filed concurrently herewith (the "Joint Stipulated
4 Protective Order"), and for good cause shown,

5     IT IS HEREBY ORDERED that the Joint Stipulated Protective Order is
6 hereby adopted in its entirety and entered as an Order of this Court.

7     IT IS SO ORDERED.

8

9

10 DATED: January 21, 2016

11                                        Honorable Jay C. Gandhi
12                                        United States Magistrate Judge

1

**ORDER ON JOINT STIPULATED PROTECTIVE ORDER**
Case No. 8:15-cv-00588-JLS (JCGx)